# COURT MINUTES

Page: Click here to enter text.

## United States Magistrate Judge Patrick M. Hunt

Click here to type the Courtroom Location  202A       Date: 02/03/20    Time: 11:00 a.m.

Defendant: Michael Alexis        J#: _____        Case #: 20-6053-Hunt

AUSA: Anita White - Duty                           Attorney: _____

Violation: Wire Fraud (District of New Mexico Albuquerque)

Proceeding: Initial Appearance                    CJA Appt: _____

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: PTD

Bond Set at: _____                                Co-signed by: _____

- ☒ Surrender and/or do not obtain passports/travel docs
- ☒ Report to PTS as _directed_/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☒ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☒ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFLA / Nex Mexico
- ☒ Other: Appear to all court hearing and commit no new crimes.

Language: ENGLISH

Disposition:
All parties present. Deft advised of his rights and charges. Deft sworn for counsel - FPD Appointed - Daryl Wilcox in court. The parties agreed on bond in the amount $75,000-CSB W/ Nebbia. Deft shall surrender both passports by end of day on 02/07/20. Deft signed Waiver Of Removal and the court will enter Order Of Removal when the bond is posted.

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 11:25:54 / 11:44:42                         Time in Court: 25 Mins